IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JOSEPH C.,

    Plaintiff,

  v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 1:22-CV-00827-HL

**JUDGMENT**

Based on the record,

Judgment is hereby entered according to the Order entered September 29, 2023. The Commissioner's decision is Reversed, and this case is REMANDED for immediate calculation and payment of benefits.

DATED this 29th day of September, 2023.

ANDREW HALLMAN

Page 1 - JUDGMENT